```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                        CASE NO. 08 B 04390
   LAWANDA E WISE
                                              CHAPTER 13

                                              JUDGE: JACK B SCHMETTERER

         Debtor
   SSN XXX-XX-6403


------------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------------
      The case was filed on 02/26/2008 and was confirmed 05/14/2008.

      The plan was confirmed to pay secured creditors 100% and unsecured
creditors  10.22%.

      The case was dismissed after confirmation 09/17/2008.
------------------------------------------------------------------------------
CREDITOR NAME               CLASS           CLAIM AMOUNT     INTEREST      PRINCIPAL
                                                             PAID          PAID
------------------------------------------------------------------------------
ECAST SETTLEMENT CORP       UNSECURED        NOT FILED             .00           .00
EMPIRE CARPET               UNSECURED        NOT FILED             .00           .00
HEILIG MEYERS               UNSECURED            669.43            .00           .00
HEILIG MEYERS               NOTICE ONLY      NOT FILED             .00           .00
ECAST SETTLEMENT CORP       UNSECURED           5637.94            .00           .00
JC PENNY                    NOTICE ONLY      NOT FILED             .00           .00
JOHN M SMITH HOMEMAKERS     UNSECURED        NOT FILED             .00           .00
RESURGENT CAPITAL SERVIC    UNSECURED        NOT FILED             .00           .00
LVNV FUNDING LLC            UNSECURED            525.95            .00           .00
RESURGENT CAPITAL SERVIC    NOTICE ONLY      NOT FILED             .00           .00
SAMS CLUB                   UNSECURED        NOT FILED             .00           .00
SAMS CLUB                   NOTICE ONLY      NOT FILED             .00           .00
LVNV FUNDING LLC            UNSECURED           2229.85            .00           .00
ROUNDUP FUNDING LLC         UNSECURED           1744.43            .00           .00
TARGET                      NOTICE ONLY      NOT FILED             .00           .00
ROUNDUP FUNDING LLC         UNSECURED            911.81            .00           .00
WALMART                     UNSECURED        NOT FILED             .00           .00
SHARON WISE                 NOTICE ONLY      NOT FILED             .00           .00
COUNTRYWIDE HOME LOANS      CURRENT MORTG       3369.04            .00       3369.04
COUNTRYWIDE HOME LOANS      MORTGAGE ARRE         .00              .00           .00
CITIFINANCIAL SERVICES      UNSECURED           3398.00            .00           .00
TIMOTHY K LIOU              DEBTOR ATTY       1,678.20                           .00
TOM VAUGHN                  TRUSTEE                                           292.96
DEBTOR REFUND               REFUND                                               .00

      Summary of Receipts and Disbursements:
------------------------------------------------------------------------------
                        RECEIPTS            DISBURSEMENTS
------------------------------------------------------------------------------
TRUSTEE                    3,662.00

PRIORITY                                           .00

                PAGE  1 - CONTINUED ON NEXT PAGE
         CASE NO. 08 B 04390 LAWANDA E WISE
```

```
SECURED                                                   3,369.04
UNSECURED                                                      .00
ADMINISTRATIVE                                                 .00
TRUSTEE COMPENSATION                                        292.96
DEBTOR REFUND                                                  .00
                                    ----------------   ----------------
TOTALS                                     3,662.00           3,662.00
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.


```
                                    /s/ Tom Vaughn
     Dated: 12/22/08                _____
                                    TOM VAUGHN
                                    CHAPTER 13 TRUSTEE
```